APPEAL No. 77-109. ARNOLD N. MONTAQUILA *et al.* *v.* ALBERT ST.CYR, *Town Manager et al.* The plaintiffs' motion for an extension of time to May 24, 1977 to file their brief is granted.

The plaintiffs' motion for special assignment is denied. *Edward John Mulligan,* for plaintiffs. *Frank J. Williams,* Solicitor, *Arthur A. Thovmasian, Jr.,* Asst. Solicitor, for defendants.

May 26, 1977.

M. P. No. 76-241. DONALD A. DEMERS, JR. *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is denied as moot. *Robert B. Mann,* for petitioner. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for respondent.

M. P. No. 77-143. FRANK T. CANARIO *v.* DEPARTMENT OF NATURAL RESOURCES. Petition for writ of certiorari is granted.

The Public Defender is directed to represent the petitioner in the further proceedings in this court.

Because of the importance of this case to our criminal justice system, The Rhode Island Bar Association is requested to file an amicus curiae brief discussing both sides of the issues presented. *Dolbashian, Chappell & Chace, N. Jameson Chace,* for petitioner. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for respondent.

C. A. No. 76-301. STATE *v.* JOHNNIE JONES. The State's motion to affirm the judgment below pursuant to Rule 16(g) is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

C. A. No. 77-69. STATE *v.* JERRY PUGH. The defendant's motion that he be granted an extension of time for filing his